IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IN RE: LYDIA MCCOY, AKA JANE DOE      Case No. 3:22-mc-01032

**ORDER**

_____

AIKEN, District Judge.

Plaintiff in this putative action is subject to a Pre-Filing Restraint Order issued by Judge Michael Mosman in *McCoy v. Experian Information Services, Inc. et al.*, No. 3:22-cv-00314-MO. In that Order, Judge Mosman directed that all filings by Plaintiff be reviewed by the court and "ordered filed only if such filings are deemed not frivolous or repetitive."

Plaintiff seeks to file a complaint in the above captioned matter. Consistent with the Pre-Filing Restraint Order, the Court has reviewed Plaintiff's proposed filing and determined that it is repetitive of Plaintiff's previously dismissed case, *Doe v. City of Baton Rouge, et al.*, No. 6:21-cv-00314-AA. The Court therefore declines to accept Plaintiff's filings and no new case will be opened.

It is so ORDERED and DATED this \_\_2nd\_\_ day of November 2022.

                     /s/Ann Aiken
                     ANN AIKEN
                     United States District Judge